

DOMINICAN REPUBLIC

THE EXECUTIVE BRANCH GENERAL COUNSEL

SANTO DOMINGO
National District

No.: **1055**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-20544-CIV-MOORE**

ARCHITECTURAL INGENIERIA
SIGLO XXI, LLC, a Florida limited liability
company, and SUN LAND & RGITC LLC
f/k/a SUN LAND & RGITC, CO., a Florida
limited liability company,

    Plaintiffs,

v.

DOMINICAN REPUBLIC, a foreign state, and
INSTITUTO NACIONAL DE RECURSOS
HIDRÁULICOS, a foreign government
agency,

    Defendants.

    _____ /

**DECLARATION IN SUPPORT OF MOTION**

Pursuant to 28 U.S.C. § 1746, I, **Cesar Pina Toribio, Esq.**, under penalty of perjury, do hereby declare the following:

1. I am over 18 years old and I have first-hand knowledge of the facts described herein.

2. I am the General Counsel to the Executive Branch of the Dominican Republic. I have held this position since August 16, 2012. My responsibilities include, but are not limited to, the following: a) Assisting the President of the Republic in the performance of his powers; and b) Ensuring that the administrative doctrine of Public

EXHIBIT 2



**DOMINICAN REPUBLIC**

**THE EXECUTIVE BRANCH GENERAL COUNSEL**

1055

SANTO DOMINGO
National District

Administration is consistent in construing and enforcing the law.

3. The Dominican Republic is a sovereign nation with a democratically elected government.

4. In the Dominican Republic Constitution, Article 7 establishes: "Social Democratic State of Law. The Dominican Republic is a Social Democratic State of Law, organized as a unitary Republic, founded on the respect for human dignity, fundamental rights, labor, sovereignty of the people, and the separation and independence of the public branches of power."

5. The National Institute for Water Resources ("INDRHI", by its Spanish acronym), is an autonomous institution with its own independent capital, created on September 8, 1965, under Law No. 6.

6. Article 1 of Law No. 6 reads: "The National Institute for Water Resources (INDRHI) is created, which is an autonomous, independent entity with equity capital and a limited life, subject to the prescriptions of this Law and of any Regulations issued by the Executive Branch and submitted thereto by the Board of Directors, without prejudice to the provisions of subsection a), Art. 10["].

7. Article 2 of Law No. 6 reads: "The INDRHI is set up as a corporate entity, with all the attributes inherent to said status, and establishes its domicile in the city of Santo Domingo, National District, Capital of the Dominican Republic."

8. Currently, the INDRHI main headquarters is located at Av. Juan de Dios Ventura Simó Esq. Av. Jiménez Moya, in Santo Domingo, Dominican Republic.

9. In addition, Law 64-00 of August 18, 2000, named the INDRHI as the





**DOMINICAN REPUBLIC**

**THE EXECUTIVE BRANCH GENERAL COUNSEL**

SANTO DOMINGO
National District

1055

authority responsible for supervising, managing and administering the country's water resources.

10. The INDRHI is led and administered by an Executive Director and a Board of Directors.

11. It manages an annual budget of approximately US$ 120 million and employs more than 4,000 employees, at over fifty (50) offices located throughout the entire territory of the Dominican Republic.

12. Article 141 of the Dominican Republic Constitution reads: "Autonomous and decentralized bodies. The law shall create autonomous decentralized agencies within the State, provided with legal status, [and] with administrative, financial and technical autonomy. These agencies shall be assigned to the administration sector that is compatible with their activity, under the oversight of the principal Minister of said sector. The law and the Executive Branch shall regulate the policies for the decentralization of Public Administration services."

13. In the Dominican Republic Constitution, Article 148 establishes: "Liability. Public legal entities and the officers or agents thereof shall be jointly and severally responsible, under the law, for any damages caused to natural or legal persons as a result of any unlawful administrative act or omission."

14. Article 6 of Law No. 6 reads: "The INDRHI's funding resources shall

3

Case 1:13-cv-20544-KMW Document 45-2 Entered on FLSD Docket 09/17/2013 Page 4 of 11



**DOMINICAN REPUBLIC**

**THE EXECUTIVE BRANCH GENERAL COUNSEL**

SANTO DOMINGO
National District

1055

be the contributions made thereto by the Dominican State through the National Budget, the special allocations established by law, the contributions of international bodies, any others earmarked for it by legislation or private parties, and those coming from the administration, operation, exploitation or other form of legal transaction, as well as from the accounts payable by the beneficiaries of the works within its powers."

15. Within its functions, the INDRHI prepares and implements, on a yearly basis, an Operating Plan detailing all the works and jobs to be performed during the period indicated, with their respective investment amounts.

16. Every year, the INDRHI receives a budget allocation that includes the funds necessary to perform to completion the works and jobs included in the Annual Operating Plan.

17. Article 8 of Law No. 6 reads: "The INDRHI may carry out any and all legal operations or transactions as may be necessary for the attainment of its objectives."

18. The INDRHI is an entity provided with legal status, with the power to sue and be sued, and <u>with the power to acquire and sell its properties</u>. In addition, the INDRHI prepares its own budget and operates as an economic entity that is responsible for its own finances, with bank accounts in its own name. [Its] assets and



**DOMINICAN REPUBLIC**

**THE EXECUTIVE BRANCH GENERAL COUNSEL**

SANTO DOMINGO
National District

1055

obligations are separate from those of the Dominican Republic.

19. The INDRHI manages its day-to-day operations, including, but not limited to, hiring and dismissing employees; deciding on future projects; executing and supervising its own projects; managing its own accounts payable and receivable; and having assets in its own name.

20. For the enforcement of Law No. 6, Article 4 of Regulation No. 1558 reads: "The Board of Directors is the highest body of the INDRHI and lays out the agency's general policy, subject to any and all applicable laws, to the regulations thereof as may be decreed by the Executive Branch, and to its own regulations. [The Board] shall commission said policy to the Executive Director, delegating upon him/her the powers granted to it by Law, in order to fully attain the objectives of the INDRHI."

**GIVEN** in Santo Domingo, National District, Capital of the Dominican Republic, on September six (6), two thousand thirteen (2013).

/s/ [Illegible]
**César Pina Toribio, Esq.**
General Counsel to the Executive Branch



5



**REPUBLICA DOMINICANA**
**CONSULTORIA JURIDICA DEL PODER EJECUTIVO**
SANTO DOMINGO
Distrito Nacional

Núm.: 1055

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-20544-CIV-MOORE**

ARCHITECTURAL INGENIERIA
SIGLO XXI, LLC, a Florida limited liability
company, and SUN LAND & RGITC LLC
f/k/a SUN LAND & RGITC, CO., a Florida
limited liability company,

    Plaintiffs,

v.

DOMINICAN REPUBLIC, a foreign state, and
INSTITUTO NACIONAL DE RECURSOS
HIDRÁULICOS, a foreign government
agency,

    Defendants.

_____/

**DECLARACIÓN EN APOYO DE PETICIÓN**

De acuerdo a la sección de ley 28 U.S.C. § 1746, Yo, **Dr. César Pina Toribio**, bajo pena de perjurio, declaro lo siguiente:

1.    Tengo más de 18 años de edad y tengo conocimiento personal sobre los hechos descritos en este documento.

2.    Me desempeño como Consultor Jurídico del Poder Ejecutivo de la República Dominicana. He ejercido en esta posición desde el 16 de agosto de 2012. Mis responsabilidades incluyen, entre otras: **a)** Asistir al Presidente de la República en el desempeño de sus



**REPUBLICA DOMINICANA**
**CONSULTORIA JURIDICA DEL PODER EJECUTIVO**
SANTO DOMINGO
Distrito Nacional

1055

atribuciones; y **b)** Velar por la coherencia de la doctrina administrativa de la Administración Pública en cuanto a la interpretación y aplicación del ordenamiento jurídico.

3. La República Dominicana es una nación soberana con un gobierno democráticamente elegido.

4. En la Constitución de la República Dominicana se establece en el Artículo 7: "Estado Social y Democrático de Derecho. La República Dominicana es un Estado Social y Democrático de Derecho, organizado en forma de República unitaria, fundado en el respeto de la dignidad humana, los derechos fundamentales, el trabajo, la soberanía popular y la separación e independencia de los poderes públicos."

5. El Instituto Nacional de Recursos Hidráulicos ("INDRHI") es una institución autónoma, con patrimonio propio e independiente, creada el 8 de septiembre del 1965, bajo la Ley No. 6.

6. El Artículo 1, de la Ley No. 6, indica: "Se crea el Instituto Nacional de Recursos Hidráulicos (INDRHI), con carácter autónomo, patrimonio propio e independiente y duración ilimitada, sujeto a las prescripciones de esta Ley y a las de los Reglamentos que dicte el Poder Ejecutivo y que le fueren sometidos por el Consejo de Administración, sin perjuicio de lo dispuesto por el acápite a) del Art. 10.

7. El Artículo 2, de la Ley No. 6, indica: "El INDRHI queda investido de personalidad jurídica, con todos los atributos inherentes a tal calidad, y fija su domicilio en la ciudad de Santo Domingo, Distrito Nacional, Capital de la República Dominicana."

2



**REPUBLICA DOMINICANA**
**CONSULTORIA JURIDICA DEL PODER EJECUTIVO**
SANTO DOMINGO
Distrito Nacional

1055

8. Actualmente, El INDRHI tiene Sede Central en la Av. Juan de Dios Ventura Simó Esq. Av. Jiménez Moya, Santo Domingo, República Dominicana.

9. Adicionalmente, la Ley 64-00, del 18 de agosto de 2000, designa al INDRHI como autoridad para controlar, manejar y administrar los recursos hidráulicos del país.

10. El INDRHI es dirigido y administrado por un Director Ejecutivo y un Consejo de Administración.

11. Maneja un presupuesto anual de aproximadamente US$ 120 Millones y emplea a más de 4,000 empleados localizados en más de cincuenta (50) oficinas dispersas en todo el territorio de la República Dominicana.

12. El Artículo 141, de la Constitución de la República Dominicana, indica: "Organismos autónomos y descentralizados. La ley creará organismos autónomos y descentralizados en el Estado, provistos de personalidad jurídica, con autonomía administrativa, financiera y técnica. Estos organismos estarán adscritos al sector de la administración compatible con su actividad, bajo la vigilancia de la ministra o ministro titular del sector. La ley y el Poder Ejecutivo regularán las políticas de desconcentración de los servicios de la Administración Pública."

13. En la Constitución de la República Dominicana se establece en el Artículo 148: "Responsabilidad civil. Las personas jurídicas de derecho público y sus funcionarios o agentes serán responsables, conjunta y solidariamente, de conformidad con la ley, por los daños y

3



**REPUBLICA DOMINICANA**
**CONSULTORIA JURIDICA DEL PODER EJECUTIVO**
SANTO DOMINGO
Distrito Nacional

1055

perjuicios ocasionados a las personas físicas o jurídicas por una actuación u omisión administrativa antijurídica."

14. El Artículo 6, de la Ley No. 6, indica: "El INDRHI tendrá como recursos de financiamiento las contribuciones que al mismo haga el Estado Dominicano a través del Presupuesto Nacional, las asignaciones especiales que fijen las leyes, las contribuciones de organismos internacionales, cualesquiera otras que le sean señaladas por las leyes o por los particulares, y las provenientes de la administración operación, explotación u otra forma de negociación jurídica y de las cuentas a pagar por los beneficiarios de las obras dentro de sus atribuciones."

15. Dentro de sus funciones, anualmente el INDRHI elabora y ejecuta un Plan Operativo donde se detallan todas las obras y trabajos que se llevarán a cabo durante el periodo indicado con sus respectivos montos de inversión.

16. Cada año, el INDRHI recibe una asignación presupuestaria con los fondos necesarios para dar cumplimiento a las obras y trabajos incluidos en el Plan Operativo Anual.

17. El Artículo 8, de la Ley No. 6, indica: "EL INDRHI podrá realizar todas aquellas operaciones o negocios jurídicos necesarios para la consecución de sus fines."

18. El INDRHI es una entidad con personalidad jurídica, con el poder de demandar y ser demandado y <u>con la potestad de adquirir y vender sus propiedades</u>. Adicionalmente, el INDRHI elabora su propio presupuesto y opera como una entidad económica responsable de sus

4



**REPUBLICA DOMINICANA**
**CONSULTORIA JURIDICA DEL PODER EJECUTIVO**
SANTO DOMINGO
Distrito Nacional

1055

finanzas, con cuentas bancarias a su nombre. Los activos y obligaciones son separadas de las de la República Dominicana.

19. El INDRHI gestiona sus operaciones diarias, incluyendo pero no limitado a, contratar y despedir empleados, decidir sobre proyecto futuros, ejecutar y supervisar sus proyectos, administrar sus propias cuentas por pagar y por cobrar, y tener activos a su nombre.

20. En el Artículo 4, del Reglamento No. 1558, para la aplicación de la Ley No. 6, se establece: "El Consejo de Administración es la máxima autoridad del INDRHI y determina la política general del organismo, sujetándose a las leyes pertinentes, a los reglamentos de estas que dicte el Poder Ejecutivo y a sus propios reglamentos. Deberá encomendar dicha política al Director Ejecutivo en quien delegará los poderes que le otorga la Ley para el cumplimiento de los fines del INDRHI."

**DADA** en Santo Domingo, Distrito Nacional, Capital de la República Dominicana; a los seis (6) días, del mes de septiembre del año dos mil trece (2013).

Dr. César Piña Toribio
Consultor Jurídico del Poder Ejecutivo

# ProTranslating
## CERTIFICATE OF ACCURACY

The undersigned, Dr. Luis A. de la Vega, Chairman of ProTranslating, appearing on behalf of ProTranslating, hereby states, to the best of his knowledge and belief, that the foregoing is an accurate translation of the attached original document in the ___Spanish___ language, consisting of ___five___ pages, and that this is the last of the attached.

_____
Luis A. de la Vega, Ph. D.
Chairman
For ProTranslating


State of Florida
County of Miami-Dade

The foregoing certificate was acknowledged before me on this ___10th___ day of ___September___, ___2013___, by Dr. Luis A. de la Vega, Chairman of ProTranslating, a Florida corporation, on behalf of the corporation. He is personally known to me.

_____
Notary Public

My commission expires:



ENKRII ZAMILAN
Notary Public - State of Florida
My Comm. Expires Jul 2, 2017
Commission # FF 032952



2850 Douglas Road, Coral Gables, Fl 33134 Ph: 305.371.7887 Fax 305.371.4816
www.protranslating.com